# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201600367

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## AVERY J. DIBBLE
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Eugene H. Robinson, Jr., USMC.
Convening Authority: Commanding General, Marine Corps
Installations Pacific, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Major J.C. Olson, USMC.
For Appellant: Commander Richard E.N. Frederico, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 23 February 2017

———————————————

Before MARKS, FULTON, and GLASER-ALLEN, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court